STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   samantha.bennett@usdoj.gov

Attorneys for United States of America

FILED

May 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN CERVANTES, <br><br> Defendant. | CASE NO. CR-20-0317-07 JSW <br><br> **DETENTION ORDER** |

On September 28, 2020, the defendant, Christian Cervantes, was produced on a writ before this Court, from the custody of the California Department of Corrections and Rehabilitation. At the time, the defendant was serving a state prison sentence for an unrelated matter. The defendant's state prison sentence has now expired, and on May 14, 2021, the defendant moved this Court for temporary release in order to visit with his father. The defendant appeared by Zoom video teleconference from Santa Rita Jail and was in custody at the time of the hearing. The defendant was represented by appointed counsel Adam Pennella. Assistant United States Attorney Samantha Bennett appeared for the government. The government moved for detention and opposed the defendant's motion for temporary release. The Pretrial Services Agency believed that the defendant posed a risk of non-appearance, which could be mitigated by release conditions, but that no condition or combination of conditions could mitigate the danger the defendant posed to the community. Accordingly the Pretrial Services agency recommended the defendant be detained pending trial.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably ensure the defendant's appearance at future proceedings, and by clear and convincing evidence that the defendant presents a danger to the community that cannot be mitigated by release conditions. Accordingly, the defendant is ordered detained pending trial, and the defendant's request for temporary release is denied.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

DETENTION ORDER
CR 20-0317-07 JSW                     1

IT SO ORDERED.

DATED: May 28, 2021

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE